## CERTIFICATE OF SERVICE

      I, Gregory T. Donilon, hereby certify that a copy of the foregoing **Motion Of The Official Committee Of Unsecured Creditors Of Owens Corning For Leave To File A Supplemental Brief Pursuant To Rule 7.1.2 Of The Local Rules Of Civil Practice And Procedure Of The United States District Court For The District Of Delaware** was served this 20th day of April, 2005 in the manner indicated upon those listed on the attached service sheet.

                                                      Gregory T. Donilon (#4244)

328104