# SERVICE LIST

## VIA HAND DELIVERY

James L. Patton, Jr., Esq.
Edwin J. Harron, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Frank J. Perch, III, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE  19801

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing, LLP
222 Delaware Avenue
Wilmington, DE  19801

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

Richard S. Cobb, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE  19899