IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OFFICIAL COMMITTEE OF UNSECURED      :
CREDITORS OF OWENS CORNING, et al.,  :
and CREDIT SUISSE FIRST BOSTON, as   :
AGENT to the BANK GROUP              :
                                     :
              Appellants,            :   Case No. CA-04-906 (JPF)
                                     :   Case No. CA-04-907 (JPF)
    v.                               :
                                     :
OFFICIAL COMMITTEE OF ASBESTOS       :
CLAIMANTS OF OWENS CORNING, et al.,  :
                                     :
              Appellee.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF OWENS CORNING FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF PURSUANT TO RULE 7.1.2 OF THE LOCAL RULES OF CIVIL PRACTICE AND PROCEDURE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

The Official Committee of Unsecured Creditors (the "Commercial Committee"), one of the appellants in the above-captioned appeal cases (the "Appeal"), to the extent necessary, hereby requests leave (the "Request") pursuant to Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "Local Rules") to file a supplemental brief (the "Appellant's Supplemental Brief"), attached hereto in draft form as Exhibit A, which addresses the recent opinion issued by the Court of Appeals for the Third Circuit (the "Third Circuit") in *In re Combustion Engineering*, 391 F.3d 190 (3d Cir. 2004) (the "*Combustion Engineering* Opinion"). In support of the Request, the Commercial Committee respectfully represent as follows:

1. On August 27, 2004, the Commercial Committee filed the Brief of Appellant the Official Committee of Unsecured Creditors of Owens Corning on Appeal of Structural Relief Order (Docket No. 9) (the "Appellant's Brief").

2. On October 15, 2004, the Commercial Committee filed the Reply Brief of Appellant Official Committee of Unsecured Creditors of Owens Corning on Appeal from Structural Relief Order (Docket No. 18).

3. On December 2, 2004, the Third Circuit issued the *Combustion Engineering* Opinion, which represents the first decision of the Court of Appeals analyzing and ruling on the substantive and procedural legality of a confirmed plan of reorganization in an "asbestos chapter 11." Relevant to this appeal, the Third Circuit determined, *inter alia*, that: (a) the divergent economic interests among asbestos claimants in an insolvent chapter 11 case does create a conflict; (b) structural and representational integrity must be maintained in an asbestos chapter 11; and (c) regardless of the problems "asbestos" may pose for the legal system, the law must be applied as it exists.

4. Pursuant to Local Rule 7.1.2, "[n]o additional briefs, affidavits, or other papers in support of or in opposition to the motion shall be filed without prior approval of the Court, *except that a party may call to the Court's attention and briefly discuss pertinent cases decided after a party's final brief is filed or after oral argument.*" (emphasis added).

5. To the extent necessary, the Commercial Committee hereby seek leave of the Court to file the Appellant's Supplemental Brief in order to address the *Combustion Engineering* Opinion.

WHEREFORE, to the extent necessary, the Commercial Committee respectfully requests that the Court grant them leave to file a supplemental brief, substantially in the form attached as Exhibit A hereto and not to exceed twelve (12) pages, within ten (10) days of the date of entry of this order.

WHEREFORE, to the extent this Request is granted, the Court grants appellees leave to file a supplemental brief addressing the *Combustion Engineering* Opinion, not to exceed twelve (12) pages, within ten (10) days of the service of the Appellant's Supplemental Brief.

Dated: April 20, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William H. Sudell, Jr. (No. 463)
Eric D. Schwartz (No. 3134)
Gregory T. Donilon (No. 4244)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

-and-

DAVIS, POLK & WARDWELL
Lowell Gordon Harriss
James I. McClammy
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

Co-Counsel for the Official Committee of Unsecured Creditors

SO ORDERED this _____ day of _____, 2005.

_____
THE HONORABLE JOHN P. FULLAM
UNITED STATES DISTRICT COURT JUDGE

441703

3