**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF OWENS CORNING, *et al.,* | ) ) ) |
| Appellant, | ) |
| v. | ) Case No. CA-04-906 (JPF) |
| | ) Case No. CA-04-907 (JPF) |
| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF OWENS CORNING, *et al.,* | ) ) |
| Appellee. | ) ) ) |

**ORDER DENYING MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF OWENS CORNING FOR LEAVE TO FILE A
SUPPLEMENTAL BRIEF PURSUANT TO RULE 7.1.2 OF THE LOCAL RULES
OF CIVIL PRACTICE AND PROCEDURE OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

The Court, having reviewed the Motion of the Official Committee of Unsecured

Creditors for Leave to File a Supplemental Brief Pursuant to Rule 7.1.2 of the Local

Rules of Civil Practice and Procedure of the United States District Court for the District

of Delaware ("Motion"), and the Court having reviewed the Objection to the Motion filed

by the Official Committee of Asbestos Claimants and any other party who opposes the

Motion; and

Having considered the entire record herein; and

It further appearing that proper, adequate and sufficient notice of the Objection of

the Official Committee of Asbestos Claimants to the Motion filed by the Official

Committee of Unsecured Creditors was provided, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The Motion is hereby **DENIED**.

Dated:

_____
The Honorable John P. Fullam
United States District Court Judge