IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF OWENS CORNING, *et al.,* and CREDIT SUISSE FIRST BOSTON, as agent to the BANK GROUP,<br><br>          Appellants,<br>v.<br><br>OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF OWENS CORNING, *et al.,*<br><br>          Appellee. | Case No. CA-04-906 (JPF)<br>Case No. CA-04-907 (JPF) |

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on May 2, 2005, I caused a copy of the foregoing to be served upon the parties on the attached list by First Class United States Mail, unless otherwise indicated.

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin

Date: May 2, 2005

{D0043424:1 }