**OWENS CORNING, INC.**
**2002 SERVICE LIST**

The Honorable Judith K. Fitzgerald
United States Bankruptcy Court
824 Market Street
3rd Floor
Wilmington, DE 19801

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Ellen W. Slights, Esq.
Assistant United States Attorney
1201 Market Street, Suite 1100
Wilmington, DE 19899-2046

John M. Bader, Esq.
Thomas S. Neuberger, P.A.
2 E. 7th Street, Suite 302
Wilmington, DE 19801

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

William F. Taylor, Jr., Esq.
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Thomas G. Macauley, Esq.
Zuckerman, Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE 19899-1028

HAND DELIVERY
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing Remick & Saul, LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

Brett D. Fallon, Esq.
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
Wilmington, DE 19801

HAND DELIVERY
Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19899

Linda Carmichael, Esquire
Curtis J. Crowther, Esq.
White and Williams
824 N. Market Street, Suite 902
Wilmington, DE 19899

Michael Lastowski, Esq.
Duane, Morris & Heckscher
Rodney Square North, 12th Floor
Wilmington, DE 19801-0195

HAND DELIVERY
William H. Sudell, Jr., Esq.
Eric D. Schwartz, Esq.
Morris Nichols Arsht and Tunnell
1201 North Market Street
Wilmington, DE 19801

Theodore J. Tacconelli, Esq.
Ferry & Joseph
824 Market Street, Suite 904
Wilmington, DE 19801

Kerri Mumford, Esquire
Teresa K.D. Currier, Esq.
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Jeffrey C. Wisler , Esq.
Connolly, Bove, Lodge & Hutz
1220 Market Street, 10th Floor
Wilmington, DE 19801

HAND DELIVERY
Mark S. Chehi, Esq.
David R. Hurst, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899-0636

Francis A. Monaco, Esq.
Joseph J. Bodnar, Esq.
Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Edward P. Carney
IKON Office Solutions
901 N. Market Street, Suite 718
Wilmington, DE 19801

Mary M. Maloney Huss, Esq.
Wolf Block Schorr and Solis-Cohen
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

John S. Spadaro, Esq.
Carl N. Kunz, III, Esq.
Murphy Spadaro & Landon
824 Market Street, Suite 700
Wilmington, DE 19899

Karen C. Bifferato, Esq.
Connolly, Bove, Lodge & Hutz
1220 Market Street, 10th Floor
Wilmington, DE 19801

Kenneth W. Beall, Esq.
Loomis, Ewert, Parsley, Davis & Gotting, PC
232 South Capitol Avenue
Suite 1000
Lansing, MI 48933

HAND DELIVERY
Frank Perch , Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

Jeffrey M. Schlerf, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

<u>HAND DELIVERY</u>
James L. Patton, Esq.
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

James J. McMonagle, Esq.
24 Walnut Street
Chagrin Falls, OH 44022

Leonard P. Goldberger, Esq.
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103-7395

Bruce Leonard, Esq.
Cassels Brock
40 Kings Street West, Suite 2200
Toronto, Canada M5H 3C2

William L. Wallander, Esq.
Daniel C. Stewart, Esq.
Vinson & Elkins
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975

Michael V. Kelley, Esq.
Thomas M. Wilson, Esq.
Kelley & Ferraro
1901 Bond Court Building
1300 East Ninth Street
Cleveland, OH 44114

Eric J. Hunter, CFA
Deutsche Bank Securities, Inc.
Distressed Products Group
60 Wall Street
New York, NY 10005-2858

Michael S. Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Theodore Goldberg, Esq.
Mark C. Meyer, Esq.
Goldberg, Persky, Jennings & White
1030 Fifth Avenue
Pittsburgh, PA 15219

Kevin Gross, Esq.
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19899

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Newark, NJ 07102

Valero Energy Corporation
William A. Wood, III
Bracewell & Patterson
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

Ian Conner Bifferato, Esq.
Bifferato Bifferato Gentilotti
1308 Delaware Avenue
Wilmington, DE 19899-2165

Mark D. Brodsky, Esq.
Elliott Associates
712 Fifth Avenue, 36th Floor
New York, NY 10019

Michael G. Gallerizzo, Esq.
Michael D. Nord, Esq.
Gebhardt & Smith
401 East Pratt Street
Ninth Floor World Trade Center
Baltimore, MD 21201

Stephen M. Mertz, Esq.
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

N. Gregoris – APCI Credit A6327
Air Products and Chemicals, Inc.
7201 Hamilton Boulevard
Allentown, PA 18195-1501

Andrew Kress, Esq.
Jane Parver, Esq.
Michael J. Crames, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

D. J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Eve H. Karasik, Esq.
Andy Winchell, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Brent M. Rosenthal, Esq.
Baron & Budd
The Centrum
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281

Internal Revenue Service
Special Procedures Brank – Insolvency Unit
230 South Dearborn Street
5010CHI
Chicago, IL 60604

Ashley White
First Commercial Credit
10 New King Street
White Plains, NY 10604

Nancy Worth Davis, Esq.
Joseph F. Rice, Esq.
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Holmes P. Harden, Esq.
Maupin Taylor & Ellis
Highwoods Tower One, Suite 500
3200 Beechleaf Court
Raleigh, NC 27604-1064

<u>HAND DELIVERY</u>
Neal J. Levitsky, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19899-2323

Prentice L. O'Leary, Esq
Sheppard, Mullin, Richter & Hampton, LLP
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071-1448

Andrew Levine
David S. Leinwand
Amroc Investments
535 Madison Avenue, 15th Floor
New York, NY 10022

Marc B. Merklin, Esq.
Brouse McDowell
500 First National Tower
Akron, OH 44308-1471

Madlyn Gleich Primoff, Esq.
Paul, Hastings, Janofsky & Walker
75 East 55th Street
New York, NY 10022

Lazard Freres & Co.
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

Mary Ann Kilgore, Gen. Attorney
Union Pacific Railroad Company
1416 Dodge Street, Room 830
Omaha, NE 68179

Dennis E. Quaid, Esq.
Fagel & Haber
55 E. Monroe Street
40th Floor
Chicago, IL 60603

Walter W. Pitt, Jr., Esq.
Daniel C. Bruton, Esq.
Bell, Davis & Pitt
PO Box 21029
Winston-Salem, NC 27120

Thomas M. Fuller, Esq.
Angelo, Gordon & Co.
245 Park Avenue
New York, NY 10167-0094

John J. Farmer, Esq., Attorney General
Margaret A. Holland, Deputy AG
Division of Law
R. J. Hughes Justice Complex
25 Market Street, P.O. Box 106
Trenton, NJ 08625

Peter A. Chapman, Esq.
572 Fernwood Lane
Fairless Hills, PA 19030

Stephen B. Porterfield, Esq.
Sirote & Permutt
The Crescent
2311 Highland Avenue South
Birmingham, AL 35255-5727

Douglas R. Melin, Esq.
Marathon Ashland Petroleum
539 Findlay, OH 45840

Fred Baron, Esq.
Russell Budd, Esq.
Baron & Budd
The Centrum
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281

Michael F. McGrath, Esq.
Ravich Meyer Kirkman McGrath & Nauman
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2225

Robert G. Boomer, Esq.
5850 Belt Line Road
Apt. 918
Dallas, TX 75254-7725

Mark J. Shapiro, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6030

William P. Kovacs, Esq.
Senior Counsel and Chief Compliance Officer
   Conseco Capital Management, Inc.
   11825 N. Pennsylvania Street
   Carmel, IN 46032

Jeff St. Onge, Esq.
Dow Jones Corporate Filings Alert
1025 Connecticut Ave., NW
Suite 1100
Washington, DC 20036-5405

Victor Simonte
DK Acquisition Partners
885 Third Avenue
New York, NY 10022

Herbert C. Broadfoot, II, Esq.
Ragsdale Beals Hooper & Seigler
2400 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1629

Scott K. Rutsky, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Joseph H. Baldiga, Esq.
Paul W. Carey, Esq.
Mirick O'Connell, DeMallie & Lougee
100 Front Street
Worcester, MA 01608

Michael Coletta, Esq.
PeopleSoft, Inc.
4305 Hacienda Drive
Pleasanton, CA 94588

Patrick L. Hughes, Esq.
Lenard M. Parkins, Esq.
Haynes and Boone, LLP
1000 Louisiana Street
Suite 4300
Houston, TX 77002-5012

Rosemary L. Phillips
Office of the General Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005-4026

Lisa P. Sumner, Esq.
Gentry Locke Rakes & Moore
800 Sun Trust Plaza
P.O. Box 40013
Roanoke, VA 24022-0013

Patrick N. Haines, Esq.
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX  77069

Denise S. Mondell, Esq.
Richard Blumenthal, Esq.
55 Elm Street, Fifth Floor
P.O. Box 120
Harford, CT  06141-0120

Monte S. Travis, Esq.
Travis and Pon
2001 Fillmore Street
San Francisco, CA  94115

Stephen W. Spence, Esq.
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE  19806

Michael C. Moody, Esq.
O'Rourke McCloskey & Moody
161 N. Clark St., Suite 2230
Chicago, IL  60601

Warren S. Bloom, Esq.
Erik P. Kimball, Esq.
Nabors Giblin & Nickerson PA
CNL Center, Suite 510
450 South Orange Avenue
Orlando, FL  32801

Stuart Riback, Esq.
Siller Wilk
675 Third Avenue, 9th Floor
New York, NY  10017

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C.  20005

Michael P. Thornton, Esq.
Thornton & Naumes, LLP
100 Summer Street
30th Floor
Boston, MA  02110

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Robert D. Luss, Esq.
Oxy Vinyls
5005 LBJ Freeway
Suite 500, LB 30
Dallas, TX 75244-6123

David Heller, Esq.
Latham & Watkins
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL  60606

Stephen H. Case, Esq.
Lowell Gordon Harriss, Esq.
Donald S. Bernstein, Esq./Nancy Lazar, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Frank Dvorak, Esq.
Foley & Mansfield, P.L.L.P.
1200 Marquette Plaza
250 Marquette Avenue
Minneapolis, MN  55401

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
P.O. Box 2109
Novato, CA  94945

R. Dean Hartley, Esq.
2001 Main Street
Wheeling, WV  26003

David O. McCormick, Esq.
Michelle L. Ward, Esq.
Cumbest, Cumbest, Hunter & McCormick
729 Watts Avenue
P.O. Drawer 1287
Pascagoula, MS  39568

John Lewis, Esq.
Levy & Craig, P.C.
911 Main Street, Suite 200
Kansas City, MO  64105

Owens Corning
One Owens Corning Parkway
Toledo, OH 43659

Raniero D'Aversa Jr., Esq.
Mayer Brown & Platt
1675 Broadway
New York, NY  10019

Jeff Smith, Esq.
Cravath, Swaine, and Moore
825 8th Avenue
New York, NY  10019

James L. Ferraro, Esq.
L.H. Steven Savola, Esq.
Ferraro & Associates
4000 Ponce deLeon Blvd.
Suite 700 (Coral Gables)
Miami, FL  33146

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, N.E. Suite 100
Atlanta, GA 30326

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

John D. Cooney, Esq.
Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL  60602

Armand J. Volta, Jr., Esq.
Paul M. Matheny, Esq.
Law Offices of Peter G. Angelos
5905 Harford Road
Baltimore, MD  21214

Perry Weitz, Esq.
Sanders McNew, Esq.
Weitz & Luxenberg
180 Maiden Lane
New York, NY  10038

Richard S. Glasser, Esq.
H. Seward Lawlor, Esq.
Glasser & Glasser, P.L.C.
Crown Center
580 East Main Street
Norfolk, VA 23510

Stephen J. Reisman, Esq.
Steven Z. Starr, Esq.
Curtis, Mallet-Provost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

David S. Kurtz, Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Seth Shapiro, Esq.
United States of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Washington, DC 20044

Randall L. Hagan, Esq.
Patrick K. Cameron, Esq.
Ober Kaler Grimes & Shriver, P.C.
120 E. Baltimore Street
Baltimore, MD 21202-1643

Victoria E. Powers, Esq.
Schottenstein Zox & Dunn Co.
411 S. High Street, Suite 2600
Columbus, OH 43215

Peter Van Schaik
The Bank of Novia Scotia
One Liberty Plaza, 25th Floor
New York, NY 10006

Richard F. Broude, Esq.
Law Offices of Richard F. Broude
400 E. 84th Street, #22A
New York, NY 10028

Shawn Janko
Wachovia Bank
191 Peachtree Street, 28th Floor
Atlanta, GA 30303

Barry W. Ridings
Robert S. Kost
Lazard & Freres & Co.
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

James Berman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605

Bruce J. Borrus, Esq.
Robert N. Amkraut, Esq.
Riddell Williams P.S.
Suite 4500, 1001 Fourth Avenue Plaza
Seattle, WA 98154-1065

Ohio Department of Industrial Relations
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Herbert Thornhill
The Sakura Bank Ltd.
7 Teleport Drive
Staten Island, NY 10311

Michael N. Obolensky
Fortis USA Finance LLC
520 Madison Avenue, 3rd Floor
New York, NY 10022

Harry D. McLaughlin
The Bank of Tokyo Mitsubishi, Ltd.
1251 Avenue of the Americas
New York, NY 10020

Christine Kenmore
Wells Fargo
333 South Grand Avenue
Suite 1040
Los Angeles, CA 90071

Christine Rueff
Bank One, N.A.
611 Woodward Avenue
Detroit, MI 48226

Alan M. Grochal, Esq.
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Jodi Diewald, Esq.
3825 Columbus Road LLC
c/o The Paramount Financial Group
3825 Columbus Road, SW, Building F
Granville, OH 43023

John R. Knapp, Jr., Esq.
Preston Gates & Ellis LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158

Alan J. Mintz
Bear Stearns & Co. Inc.
383 Madison Avenue, #46
New York, NY 10179

Anthony J. Smits, Esq.
Bingham Dana LLP
One State Street
Hartford, CT 06103

Curtis Deane
BNP Paribas
787 Seventh Avenue, 30th Floor
New York, NY 10019

Johanna Minaya
KBC Bank NV
125 West 55th Street
New York, NY 10019

Jennifer M. Dirkin
The Northern Trust Company
50 South LaSalle St., Floor M-10
Chicago, IL 60675

John-Charles van Essche
Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019

Dennis Diczok
Barclays PLC
222 Broadway
New York, NY 10038

Maria M. Patterson
Senior Counsel
The Bank of New York
29th Floor
One Wall Street
New York, NY 10286

Kevin Kelley
The Chase Manhattan Bank
39th Floor
270 Park Avenue
New York, NY 10017

Eric T. Sieke, Esq.
Bank of America, N.A.
Mail Code: CA9-193-24-01
333 South Hope Street, 24th Floor
Los Angeles, CA 90071

Kristina L. Anderson
Suntrust Bank
303 Peachtree Street, 4th Floor
Atlanta, GA 30308

Samer Tamimi
Arab Bank PLC
520 Madison Avenue
New York, NY 10022

Julie B. Follosco, V.P.
The Bank of New York
One Wall Street, 16th Floor
New York, NY 10286

Jan Kofol
Credit Suisse First Boston
Eleven Madison Avenue
New York, NY 10010

George J. Hazel, Esq.
Peter Friedman, Esq.
David Hickerson, Esq.
Weil, Gotshal & Manges, LLP
1501 K Street, NW, Suite 100
Washington, DC 20005

Michelle Orr
Keybank, N.A.
127 Public Square
Cleveland, OH 44114

Richard S. Reiser, Esq.
Werner Enterprises, Inc.
P.O. Boc 45308
Omaha, NE 68145-0308

Michael St. Patrick Baxter
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Stephen T. Roberts, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019

Conrad K. Chiu, Esq.
Oppenheimer Wolff & Donnelly LLP
45 S. 7th Street, Suite 3300
Minneapolis, MN 55402-1650

David Haley
HBK Master Fund L.P.
300 Crescent Court, Suite 700
Dallas, TX 75201

Jeffrey W. Warren, Esq.
Bush Ross Gardner Warren & Rudy
220 South Franklin Street
Tampa, FL 33602

Charles M. Friedman, Esq.
Mapother & Mapother, Attorneys
801 West Jefferson Street
Louisville, KY 40202

David J. Jury, Esq.
Assistant General Counsel
United Steelworkers of America
Five Gateway Center, Room 807
Pittsburgh, PA 15222

Robert J. Blumling, Esq.
Angela M. Kline, Esq.
Blumling & Gusky, LLP
1200 Koopers Building
Pittsburgh, PA 15219

First Industrial Ltd. Partnership
311 South Wacker Drive, Suite 4000
Chicago, IL 60606

Kathleen Bell
485 Properties, LLC
c/o CB Commercial
5355 Town Center Road, #701
Boca Raton, FL 33486

Matthew M. Hohman, Esq.
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Cindi Gay
Williams Industrial Properties
2301 Silver Star Road
Orlando, FL 32804

Suzanne Bessette-Smith
Barack, Ferrazzano, Kirschbaum & Perlman
333 West Wacker Drive
Chicago, IL 60606

William M. Silverman, Esq.
Otterbourg, Steindler, Houston & Rosen
230 Park Avenue
New York, NY 10169

Carl VanGilst
Carl & Shirley Van Gilst Family Trust
2922 Bashor Road
Goshen, IN 46526

Augusta Properties
c/o Nichols Land & Investment
405 Gaines School Road
Athens, GA 30605

| | | |
|---|---|---|
| Timothy E. Shields<br>KTK Development, Inc.<br>9621 Hera Court<br>Fort Wayne, IN  46825 | Michael Stetter<br>IRR Supply Centers, Inc.<br>908 Niagara Falls Boulevard<br>North Tonawanda, NY  14120 | Robert Duane<br>Duane Realty<br>719 Speckman Road<br>Louisville, KY  40243 |
| William and Virginia Thrasher<br>210 Lord Granville Drive<br>Morehead City, NC  28557 | Stephen Habeeb<br>H&G Management<br>709 Braeview Road<br>Louisville, KY  40206 | OTR c/o Carey Winston Co.<br>P.O. Box 3030<br>Bethesda, MD  20817 |
| Liberty Property Trust<br>65 Valley Stream Parkway, Suite 100<br>Malvern, PA  19355 | Paragon Forming Corp.<br>P.O. Box 1557<br>Lockport, NY  14095 | Eric D. Statman, Esq.<br>Lovells<br>900 Third Avenue<br>16th Floor<br>New York, NY  10022 |
| Interior Associates of Gainesville<br>1800 NW 24th Street<br>Gainesville, FL  32805 | Ray Shriver<br>Cormetech Inc.<br>3300 Old Tasso Road<br>Cleveland TN  27312 | Jay Cee, Inc.<br>1301 Metropolitan Avenue<br>P.O. Box 505<br>Thorofare, NJ  08086 |
| Elite Warehousing, Inc.<br>2001 Harrington Mill Road<br>Shelbyville KY  40065 | Frederick B. Rosner, Esq.<br>Jaspan Schlesinger Hoffman LLP<br>913 N. Market Street, 12th Floor<br>Wilmington, DE  19801 | Laurie W. Schuman<br>231 Juniper Bend Drive<br>Kalispell, MT  59901 |
| | Robert A. Simon, Esq.<br>Simon & Simon, L.L.P.<br>3327 Winthrop, Suite 200<br>Fort Worth, TX 76116 | Mann Hummel Filter Technology Inc.<br>820 A Radar Road<br>Greensboro, NC  27410 |
| Robert D. Drain, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | Douglas R. Gooding, Esq.<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts 02109-2891 | Stuart M. Rozen, Esq.<br>Aaron L. Hammer, Esq.<br>Mayer Brown & Platt<br>190 S. LaSalle Street<br>Chicago, IL 60603 |
| Internal Revenue Service<br>31 Hopkins Plaza, Rm. 620A<br>Baltimore, MD 21201 | William A. Harvey, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>260 S. Broad Street<br>Philadelphia, PA  19102 | Daniel R. Chemers<br>Saul Ewing LLP<br>100 South Charles Street<br>Baltimore, MD  21201-2773 |
| Thomas C. Walsh, Esq.<br>BTM Capital Corporation<br>111 Huntington Avenue<br>Boston, MA  02199 | Ralph Miller, Esq.<br>Weil, Gotshal & Manges<br>200 Crescent Court<br>Suite 300<br>Dallas, TX 75201 | Kelly C. Wooster, Esq.<br>Brobeck, Phleger & Harrison LLP<br>Spear Street Tower<br>One Market<br>San Francisco, CA  94105 |

Helen Y. Kim, Esq.
Mary Beth Hogan, Esq.
Roger Podesta, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Larry G. Halperin, Esq.
Richards Spears Kibbe & Orbe
One World Financial Center, Floor 29
New York, NY 10281-1098

HAND DELIVERY
Robert Jacobs, Esq.
Jacobs & Crumplar
2 East 7th Street
Wilmington, DE 19899

Bill Rapp, Senior Counsel
Enron Energy Services, Inc.
1400 Smith Street
Houston, TX 77002

Wayne H. Davis, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt
900 Third Avenue
New York, NY 10022

Scott E. Blakeley, Esq.
Blakeley & Blakeley LLP
2030 Main Street, Suite 540
Irvine, CA 92614-7234

Robert Haas
Elliott Associates
712 Fifth Avenue, 36th Floor
New York, NY 10019

Terry John Malik
David A. Agay
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Michael G. Smith, Esq.
Randolph S. Meacham, P.C.
PO Box 1236
Clinton, OK 73601

Celeste H. Herbert, Esq.
Bernstein, Stair & McAdams
Suite 600, 530 S. Gay Street
Knoxville, TN 37902

Cynthia S. Gillard, Esq.
Gary D. Boyn, Esq.
Warrick & Boyn, LLP
121 W. Franklin Street, Suite 400
Elkhart, IN 46516

Michael F. McGrath, Esq.
Ravich Meyer Kirkman McGrath & Nauman
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

William H. Short, Jr., Esq.
Sinkler & Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211-1889

Lynn J. Bodi, Esq.
P.O. Box 1784
Madison, WI 53701-1784

Michael Reed, Esq.
McCreary Veselka Bragg & Allen
5920 Balcones Drive, Suite 200
P.O. Box 26990
Austin, TX 78755

Arnold D. Tritt, Jr., Esq.
Tritt & Franson, P.A.
707 Peninsular Place
Jacksonville, FL 32204

Lisa Freeman, RTA
Tax Assessor – Collector
Irving Independent School District
P.O. Box 152021
Irving, TX 75015

James W. Deatherage, Esq.
Jim Deatherage & Associates, P.C.
800 West Aiport Freeway, Suite 518
LB 6060
Irving, TX 75062

M. Joseph Allman
Allman Spry Leggett & Crumpler
380 Knollwood Street, Suite 700
P.O. Drawer 5129
Winston-Salem, NC 27113-5129

Agriliance LLC
Attention: Milt Whipple
PO Box 64089, M.S. #180
St. Paul, MN 55164-0089

Christopher J. Kayser, Esq.
Trial Attorney, Tax Divisions
U.S. Department of Justice
P.O. Box 227 Ben Franklin Station
Washington, DC 20044

Nancy Hotchkiss, Esq.
Candice B. Harper, Esq.
Trainor Robertson
701 University Avenue, Suite 200
Sacramento, CA 95825

Leon Friedberg, Esq.
Carlile Patchen & Murphy LLP
366 East Broad Street
Columbus, OH 43215

Keith E. Rounder, Esq.
Bowers Harrison, LLP
25 N.W. Riverside Drive
P.O. Box 1287
Evansville, IN 47706-1287

David R. Pheils, Jr., Esq.
Pheils & Wisniewski
410 Louisiana Avenue
Perrysburg, OH 43551

| | | |
|---|---|---|
| Laurie S. Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>PO Box 951<br>Wilmington, DE 19899 | Douglas K. Mayer, Esq.<br>Margaret M. Garnett, Esq.<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 | Sherease R. Pratt, Esq.<br>Pension Benefit Guaranty Corp.<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026 |
| Sidney S. Goldstein, Esq.<br>Davidoff & Malito, LLP<br>200 Garden City Plaza, Suite 315<br>Garden City, New York, 11530-3338 | J. Oprandi<br>J. Oprandi Personnel Systems, Inc.<br>P.O. Box 4091<br>Newark, OH 43058 | Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |
| T. Kellan Grant<br>Jonathan W. Young<br>Wildman Harrold Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Michael S. Etkin, Esquire<br>Robert H. Yu, Esquire<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | David M. Powlen, Esq.<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, IN 46204 |
| Robert Kurtz<br>LaSalle National Leasing Corporation<br>One West Pennsylvania Avenue<br>Suite 1000<br>Towson, MD 21204 | Sean Haas<br>Citadel Investment Group, LLC<br>131 S. Dearborn Street, 36th Floor<br>Chicago, IL 60603 | Allan H. Ickowitz, Esq.<br>NOSSAMAN, GUTHNER, KNOX &<br>ELLIOTT, LLP<br>445 S. Figueroa Street, 31st Floor<br>Los Angeles, CA 90071 |
| Janell S. Ostroski<br>Schoenbeck & Schoenbeck, PA<br>1211 Milltown Road, Suite A<br>Wilmington, DE 19808 | Robin E. Keller, Esq.<br>Denise Wildes, Esq.<br>Kenneth Pasquale, Esq.<br>Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Thomas R. Allen, Esq.<br>Thompson Hine & Flory LLP<br>One Columbus<br>10 West Broad Street<br>Columbus, OH 43215-3435 |
| Bruce G. Tucker, Esq.<br>Legal Management Services, LLC<br>85 Johnnycake Hill Road<br>Middletown, RI 02842 | William H. Johnson, Esq.<br>Norfolk Southern Corporation<br>3 Commercial Place<br>Norfolk, Virginia 23510-2191 | Lisa R. McWilliams<br>Rubins Kase Rubins Cambiano & Bryant<br>9237 Ward Parkway, Suite 330<br>Kansas City, MO 64114 |
| Robert J. Blumling, Esq.<br>Angela M. Kline, Esq.<br>Blumling & Gusky, LLP<br>1200 Koppers Building<br>Pittsburgh, PA 15219 | HAND DELIVERY<br>Bonnie Glantz Fatell<br>Blank Rome Comisky & McCauley, LLP<br>Chase Manhattan Street, Suite 2100<br>Wilmington, DE 19801-4226 | Augustine Meaher, III, Esq.<br>Augustine Meaher, III, PC<br>107 St. Francis Street, Suite 2118<br>Mobile, AL 36602-3321 |
| Paul R. Glassman, Esq.<br>Greenberg Traurig, LLP<br>2450 Colorado Avenue<br>Suite 400E<br>Santa Monica, CA 90404 | Gary Barnhart<br>Special Assistant Attorney General<br>Missouri Dept. of Revenue<br>301 W. High Strreet, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 | James B. Hosely<br>Credit Suisse First Boston<br>AT&T Corporate Center<br>227 West Monroe St<br>Chicago, IL 60606 |
| Laura Van Zandt<br>Senior Collection Agent<br>2976 Richardson Drive<br>Auburn, CA 95603 | McDonough's Industrial Services, Inc.<br>C/o Steve McDonough<br>13033 North Eighth Street<br>Lakeland, MN 55043 | Joanne B. Stutz<br>Evans & Mullinix, PA<br>7225 Renner Road, Suite 200<br>Shawnee, KS 66217 |

Jeffrey Rosenkranz
The Delaware Bay Company, Inc.
680 Fifth Avenue, 22nd Floor
New York, NY 10019

Samuel R. Grego, Esq.
Doepken Keevican & Weiss
600 Grant St. 58th Floor
Pittsburgh, PA 15219

Gloria Brozik Barnstorf
Barnstorf & Barnstorf
The Professional Building
5229 Sixth Street
Baltimore, MD 21225

Elaine Stuart
Manager of Special Accounts
Leasetec Corporation
1000 S. McCaslin Blvd.
Superior, CO 80027

Brenda T. Rhoades
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX 75201-2980

Jonathan Walters, Esq.
Markowitz & Richman
1100 N. American Bldg.
121 S. Broad St.
Philadelphia, PA 19107

Frank D. Chandler, Esq.
Quinn C. Chandler, Esq.
Tamara Lovell, Esq.
Chandler & Chandler, PC
5646 Milton St, Suite 734
Dallas, TX 75206

Karen Carden Walsh, Esq.
Riggs Abney Neal Turpen Orbison & Lewis
502 W. 6th Street
Tulsa, OK 74119-1010

Benjamin A. Kahn
Adams Kleemeier Hagan Hannah & Fouts, PLLC
Post Office 3463
Greensboro, NC 27402

A. Russell Smith
R. Bryan Nace
A. Russell Smith Law Offices
159 S. Main Street, Suite 503
Akron, OH 44308

Michael E. Lee, Esq.
Attorney for KM International Corp.
200 Westside Square, Suite 803
Huntsville, AL 35801-4816

Isaac M. Pachulski, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars
Suite 1200
Los Angeles, CA 90067

Tally F. Parker, Jr., Esq.
J. Gregory Marks, Esq.
Parker & Marks, PC
1333 Corporate Drive, Suite 209
Irving, TX 75038

John A. Peca, Esq.
Climaco, Lefkowitz, Peca, Wilcox & Garofoli, Co., LPA
1228 Euclid Ave., 9th Floor
Cleveland, OH 44115

Donald A. Workman, Esq.
Jeffrey M. Sullivan, Esq.
Foley & Lardner
Washington Harbour
3000 K Street, NW, Suite 500
Washington, DC 20007-5143

Carole Neville, Esq.
Suzanne D.T. Lovett
Pryor Cashman Sherman & Flynn, LLP
410 Park Avenue, 10th Floor
New York, NY 10022

Richard A. Pallard, Esq.
Pertragallo, Bosick & Gordon
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Julie Ann O'Bryan
O'Bryan Law Offices
1717 Alliant Avenue, Suite 17
Louisville, KY 40299

Jerald S. Enslein
Gallas & Schultz
9140 Ward Parkway
Suite 225
Kansas City, MO 64114

Joan Kennerly
Irving City Attorney's Office
826 West Irving Boulevard
Irving, TX 75060

Alan S. Tenbaum, Esq.
Environmental & Natural Resources Division
US Department of Justice
1425 New York Avenue NW
Room 13063
Washington, DC 20005

Frank E. Cralle, Credit Manager
Marley Mouldings LLC
PO Box 610
Marion, VA 24354

Bruce L. Bisson, VP
Wilmington Trust Company
Rodney Square North
1100 North Market
Wilmington, DE 19899

James S. Carr, Esq.
Kelley, Drye & Warren LLP
101 Park Avenue
New York, NY 10178

James A. Hayes, Jr.
Ashworth, Hayes & Moran
28202 Cabot Rd, Suite 100
Laguna Niguel, CA 92677

Matthew M. Hohman, Esq.
Barnes & Thornburg
600 One Summite Square
Fort Wayne, IN 46204

Newton G. Pritchett, Jr.
Assistant Attorney General
Revenue Building, Suite 606
PO Box 629
Raleigh, NC 27602-0629

Vicky L. Zartman, Specialist
C/O Ken Burton Jr.
Manatee County Tax Collector
PO Box 25300
Bradenton, FL  34206-5300

Van J. Hooker
Stuzman & Bromberg
A Professional Corporation
2323 Bryan St., Suite 2200
Dallas, TX  75201

Trinity Contractors, Inc.
Sander Bros., Inc.
Michael D. Hopkins
Bracewell & Patterson
711 Louisiana Street, Suite 2900
Houston, TX  77002-2781

Thomas D. Walsh, Esq.
McCarter & English, LLP
919 North Market St, Suite 700
Wilmington, DE 19899

James Gadsden, Esq.
Carter, Ledyard & Milburn
2 Wall Street
New York, NY  10005-2072

E. Katherine Wells, Staff Attorney
SC Dept. of Health and Env. Control
2600 Bull Street
Columbia, SC  29201-1708

Daily Insights
Bill Angelowitz
JAF Box 3127
New York, NY  10016

John McCarthy
Vice President/Finance
Chapman Corporation
331 South Main Street
Washington, PA  15301

Janet T. Fitzpatrick
Legal Assistant
Unisys Corporation
PO Box 500, M/S E8-108
Unisys Way
Blue Bell, PA  19424

Carol E. Momjian
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

David E. Retter, Esq.
Lisa A. Thompson, Esq.
Kelley, Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Neal Batson, Matthew W. Levin,
Jason H. Watson
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309

Jonathan R. Sennett, Esq.
Levy Phillips & Konigsberg, LLP
520 Madison Avenue
New York, NY 10022

Kevin P. Collins
David E. Burns
Houlihan, Lokey, Howard & Zukin Capital
685 Third Avenue, 15th Floor
New York, NY  10017

Irene Siegel, VP
The Bank of New York
101 Barclay St., 21 W.Fl.
New York, NY  10286

Susan V. Kelley
Michael Best & Friedrich, LLP
One South Pinckney Street, Suite 700
PO Box 1806
Madison, WI  53701-1806

Michael D. Hopkins
William A. Wood III
Bracewell & Patterson, LLP
711 Louisiana St, Suite 2900
Houston, TX  770020-2781

William L. Brewer, Esq.
CB Richard Ellis, Inc.
140 E. 45th Street, 40th Floor
New York, NY  10017

Marye L. Wright, Counsel
West Virginia Bureau of Employment
Programs
Legal Services Division, Bankruptcy Unit
PO Box 2027
Charleston, WV  25327-2027

Adam Isenberg, Esq.
Saul Ewing, LLP
Centre Square West
1500 Market Street
Philadelphia, PA  19102-2186

Ryan Blaine Bennett, Esq.
Margaret M. Anderson, Esq.
Lord, Bissell & Brook
115 South La Salle Street
Chicago, IL  60603

Donald S. Bernstein, Esq.
Nancy Lazar, Esq.
Davis, Polk & Wardwell
450 Lexington Ave
New York, NY  10017

Benjamin Feder, Esq.
George Wade, Esq.
Shearman and Sterling
599 Lexington Avenue
New York, NY  10022-6030

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Div. of Law, RJ Hughes Justice Complex
PO Box 106
Trenton, NJ  08625

John P. Dillman, Esq.
Linebarger Heard Goggan Blair Graham Pena
& Sampson, LLP
PO Box 3064
Houston, TX  77523-3064

First Commercial Credit Corporation
10 New King Street
White Plains, NY  10604

Alan Kellman, Esq.
Maritime Asbestosis Legal Clinic
1570 Penobscot Building
Detroit, MI 48226

Gordon J. Toering, Esq.
Warner Norcross & Judd LLP
900 Old Kent Bldg
111 Lyon St NW
Grand Rapids, MI 49503

James Hintzen
Restructuring Group-MD NC 317
IBM Credit Corp.
North Castle Drive
Armonk, NY 10504

James C. McDermott
Division Credit Manager
Bemis Company, Inc.
1350 N. Fruitridge
Terre Haute, IN 47808

Richard J. Parks, Esq.
MacDonald, Illig, Jones & Britton, LLP
100 State Street, Suite 700
Erie, PA 16507-1498

Stephen D. Lerner, Esq.
Squire Sanders & Dempsey LLP
312 Walnut Street, Suite 3500
Cincinnati, OH 45202

J. Andrew Rahl, Jr.
John L. Scott, Jr.
Anderson, Kill, Olick, PC
1251 Avenue of the Americas
New York, NY 10020-1182

J. Michael Riley, Esq.
Jones Martin Parris & Tessener, PLLC
410 Glenwood Ave, Suite 200
Raleigh, NC 27603

Jeffrey M. Carbino, Esq.
Klett Rooney Lieber & Schorling
12th Floor, Two Logan Square
Philadelphia, PA 19103

Vanderburgh County Treasurer
Attn: Jason D. Perry
Room 210, Civic Center Complex
1 NW Martin Luther King Jr. Blvd.
Evansville, IN 47708-1882

Joan Brambani, Esq.
Lindsay, Hart, Neil & Weigler, LLP
Suite 3400
1300 SW Fifth Avenue
Portland, OR 97201-5696

Mark A. Wisniewski, Esq.
Joseph P. McGill, Esq.
Kitch Drutchas Wagner DeNardis & Valitutti
One Woodward Avenue, 10th Floor
Detroit, MI 482260-3499

Juan Jose Perez, Esq.
Maria C. Mariano, Esq.
Perez & Morris LLC
92 North Woods Blvd
Columbus, OH 43235

William G. Wright, Esq.
Farr, Burke, Gambacorta & Wright
211 Benigno Blvd, Suite 201
PO Box 788
Bellmawr, NJ 08099-0788

Patricia C. Henry
Kay D. Brock, Jay W. Hurst
Assistant Attorney General
Barnkruptcy/Collections Division, MC-008
PO Box 12548
Austin, TX 78711-2548

Melissa Kurtz Blackburn, Esq.
Blackburn & Associates, PLLC
401 Church Street
Nashville, TN 37219

Dice, Inc.
PO Box 560573
The Colony, TX 75056

Elizabeth Doucet
Elizabeth Doucet & Associates, Co., LPA
895 High Street
Columbus, OH 43206

Paul E. Harner
Charles M. Oellerman, Esq.
Jones, Day, Reavis & Pogue
1900 Huntington Center
41 S. High St
Columbus, OH 43215

Fritz Companies, Inc.
Attn: Charles Brackett
550-1 Eccles Avenue
South San Francisco, CA 94080

David Keller
Andrew L. Zivitz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Stuart Hirschfield, Esq.
Eric M. Kay, Esq.
Dewey Ballantine, LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Rosa Dominy
Bankruptcy Administration
ISO Capital, Inc.
1738 Bass Road
PO Box 13708
Macon, GA 32108

Jonathan Alden, Esq.
Assistant General Counsel
Dept of Env. Protection
3900 Commonwealth Blvd
Tallahassee, FL 32399-3000

Jay Gottlieb, Esq
Baer Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

{D0000012:1 }

Antonio D. Pyle, Esq.
Antonio D. Pyle, PC
227 Commercial Avenue, 2nd Floor
Pittsburgh, PA 15215

Lawrence M. Schwab, Inc.
Thomas M. Gaa, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Gary C. Sleeper, Esq.
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99504

Marion Munley, Esquire
205 Madison Avenue
Scranton, PA 18501

Robert A. Kumin, Esq.
Robert A. Kumin, PC
5800 Foxridge Dr., #306
Mission, KS 66202

Jeffrey Schwartz, Esq.
Hahn & Hessen
488 Madison Avenue
14th and 15th Floors
New York, NY 10022

Joseph Faricielli
The Bank of Nova Scotia
One Liberty Plaza, 23rd Floor
New York, NY 10006

Peggy Housner, Esq.
Asst. Attorney General
State of Michigan, Div. of Revenue
First Floor Treasury Building
Lansing, MI 48922

James S. Maffitt, Esq.
Miles & Stockbridge P.C.
101 Bay Street
Easton, MD 21601

Michael T. Kay
Legal Department
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Paul J. Dougherty, Esquire
McCarter & English
919 Market Street, Suite 950
Wilmington, DE 19899

Stephen A. Goodwin
Carrington Coleman Sloman & Blumenthal
200 Crescent Court, Suite 1500
Dallas, TX 75201

Christine M. Myatt
Adams Kleemeier Hagan Hannah & Fouts
P.O. Box 3463
Greensboro, NC 27402

Kathleen M. Miller, Esquire
Selinda A. Melnik, Esquire
Smith Katzenstein & Furlow LLP
Attn: Bankruptcy Dept.
P.O. Box 410
Wilmington, DE 19899

Leonard H. Gilbert, Esquire
Rod Anderson, Esquire
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Russell W. Savory
Gotten Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103

Scott Baldwin, Jr.
Baldwin & Baldwin LLP
400 W. Houston Street
Marshall, TX 75670

Andrew F. Shirley, Esquire
Avenue Capital Management, LLC
535 Madison Avenue
New York, NY 10022

Jeffrey C. Hampton, Esq.
Adam Isenberg, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

Bruce H. Babitt, Esquire
Wolman Babitt & King LLP
521 Fifth Avenue
New York, NY 10175

Brian Trust, Esq.
Christine Jagde, Esq.
Mayer Brown Rowe & Maw
1675 Broadway
New York, NY 10019

Gabriella Morizio, Esquire
Associate General Counsel
Bank of America Legal Dept.
40 West 57th Street
New York, NY 10019

Susan R. Fuertes, Esquire
Baker & Hostetler LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

Alan Z. Yudkowsky, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067

David S. Heller, Esq.
Josef S. Athanas, Esq.
Latham & Watkins
Sears Tower, Ste. 5800
Chicago, IL 60606

Kurt D. Weaver, Esq.
Womble Carlyle Sandridge & Rice PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

Anthony J. Interrante
Kessler & Collins
5950 Sherry Lane, Suite 222
Dallas, TX 75225

Robert J. Nelson, Esq.
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, Suite 300
San Francisco, CA 94111

Jeffrey D. Kurtzman, Esq.
James E. Huggett, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Matthew Berman, Esq.
Bergman Senn Pageler & Frockt
P.O. Box 2010
17530 Vashon Highway SW
Vashon, WA 98070

Christopher Winter, Esquire
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

David H. Ford
Satellite Asset Management, L.P.
623 Fifth Avenue
20th Floor
New York, NY 10022

Christopher Lometti
Jay P. Saltzman
Schoengold & Sporn, P.C.
19 Fulton Street, Suite 406
New York, NY 10038

Steven B. Flancher, Esq.
Assistant Attorney General
Dept. of Attorney General
Revenue and Collections Division
First Floor, Treasury Building
Lansing, MI 48922

Thomas Tew, Esq.
Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine LLP
201 South Biscayne Blvd., Suite 2600
Miami, FL 33131

H. Buswell Roberts, Jr., Esq.
Shumaker Loop & Kendrick LLP
1000 Jackson Street
Toledo, OH 43624

Deirdre Woulfe Pacheco, Esq.
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive, Box 10
Woodbridge, NJ 07095

Matthew A. Cantor, Esq.
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

Steven Kazan, Esq.
Kazan, McClain, Edises, Abrams, Fernandez, Lyons & Farrise
171 Twelfth Street, 3rd Floor
Oakland, CA 94607

Mark D. Plevin
Frederick W. Claybrook
Steven P. Rice
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Larry O. Norris, Esq.
Roger D. Lott, Esq.
Norris & Phelps, PLLC
101 Ferguson Street
Hattiesburg, MS 39401-0008

Madison Capital Management
Attention: Antonia Robererson
4220 Shawnee Mission Parkway
Suite 404B
Fairway, KS 66205

S. Lawrence Dumville, Esquire
Norris & St. Clair, P.C.
2840 S. Lynnhaven Road
Virginia Beach, VA 23452-6715

James P. Ricciardi, Esq.
Mitchell A. Karlan, Esq.
Michael W. Hazy, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue, 48th Floor
New York, NY 10166-0193

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, NY 12207

Warren Electric Group, Ltd.
Attention: Jim Corn
2929 McKinney Street
Houston, TX 77003

Stephen Oroza, Esquire
Lillick & Charles LLP
Two Embarcadero Center
Suite 2700
San Fransisco, CA 94111-3996

Matt Ferko
UBS Warburg LLC
677 Washington Blvd.
Stanford, CT 06901

Robert B. Millner
Chunlin Leonhard
Andrew P. Lederman
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

Longacre Master Fund, LTD
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Attn: Maurie Shalmone

Henry Lesh Jr., President
Lesh Radio Systems, Inc.
2760 Ivy Road
Eads, TN 38028

John S. Kaplan, Esq.
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Tancred V. Schiavoni, Esq.
Jill G. Fieldstein, Esq.
Gerald A. Stein, Esq.
Gary Svirsky, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Sean J. Bellow, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

S. Shawn Khastoo, Esquire
5670 Wilshire Blvd., Suite 720
Los Angeles, CA 90036

Natalie D. Ramsey, Esquire
Jennifer Taylor, Esquire
Natalie Grill Einsig, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Jennifer Killough Herrera
Deputy Attorney General
Dept. of Law & Public Safety
Richard J. Hughes Justice Complex
PO Box 093
Trenton, NJ 08625-0093

Portia Partners, LLC
1 Sound Shore Drive
Suite 100
Greenwich, CT 06883

Carol E. Momjian, Esq.
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

David Parker, Esq.
Edward P. Grosz, Esq.
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
New York, NY 10019

Debbie Holler
Vinyl Building Products, Inc.
VBP Headquarters
One Raritan Road
Oakland, NJ 07436

Robert G. Cass, Esquire
MCI
6929 N. Lakewood Ave.
MD 5.3-409F
Tulsa, OK 74117

Brad R. Berliner, Esq.
Central States Law Department
9377 West Higgins Road
Rosemont, IL 60018-4938

Protection One
Attention: P. B. Mason
PO Box 740933
Dallas, TX 75374

Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Gretchen Crawford, Esquire
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Duane D. Morse, Esq.
Wilmer, Cutler Pickering LLP
1600 Tysons Boulevard, 10th Floor
Tysons Corner, VA 22102

Philip R. Matthews, Esq.
W. Andrew Miller, Esq.
Hancock Rothert & Bunshoft LLP
Four Embarcadero Center
San Francisco, CA 94111

Christopher D. Loizides, Esq.
Christopher D. Loizides, P.C.
1200 Pennsylvania Avenue
Suite 202-A
Wilmington, DE 19806

California Hardwood Products
C/o Harry Dubin
PO Box 475
Woodland Hills, CA 91365

Anne D. Burnett, Administrator
Subsequent Injury Trust Fund
Suite 500
1720 Peachtree Street NW
Atlanta, GA 30309-2462

Patrick F. Hofer, Esq.
Joshua D. Weinberg
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Bruce H. White, Esq.
William L. Medford, Esq.
Patton Boggs LLP
2001 Ross Ave., Suite 3000
Dallas, TX 75201

James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

Aryeh D. Schwartz, Esq.
Cheifetz Iannitelli Marcolini, P.C.
1850 North Central Ave., 19th Floor
Phoenix, AZ 85004

James A. Shepherd
Wilmer, Cutler & Pickering
2445 M Street, NW
Washington, DC 20037

Shawn M. Christianson, Esq.
Geoffrey A. Heaton, Esq.
Buchalter, Nemer, Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

David J. Baldwin, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
PO Box 951
Wilmington, DE 19899

Michael C. Shepard, Esquire
The Shepard Law Firm, P.C.
10 High Street, Suite 1100
Boston, MA 02110

F. Marvin Morris, Esq.
Anthony Sakalarios, Esq.
Charles G. Blackwell, Esq.
Morris, Sakalarios & Blackwell, PLLC
201 Hardy Street
Hattiesburg, MS  39401

Kforce Inc.
Attn. Roger Hammond
1001 East Palm Avenue
Tampa, FL  33605

N. Theodore Zink
Seven Rivera
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Kenneth H. Eckstein, Esq.
Jeffrey Trachtman, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036

Lawrence S. Robbins
Roy T. Englert, Jr.
Robbins, Russell, Englert, Orseck &
Untereiner LLP
1801 K Street, N.W., Suite 411
Washington, DC 20006

Barbara H. Stratton, Esquire
Knepper & Stratton
P.O. Box 1795
Wilmington, DE  19899

Honorable John P. Fullam
United States District Court
for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room #15614
Philadelphia, PA 19106-1780

Stacey Lea Sims, Esq.
Sara Morris Farris, Esq.
Alison Darsey, Esq.
Morris, Sakalarios & Blackwell, PLLC
201 Hardy Street
Hattiesburg, MS  39401

Thomas L. Kent
Brian E. Goldberg
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Joseph D. Pope
Nicole Tuman
Cohen Pope PLLC
1633 Broadway, 20th Floor
New York, NY  10019

HAND DELIVERY
Richard S. Cobb
Rebecca L. Butcher
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19810

HAND DELIVERY
David L. Finger
Finger & Slanina, LLC
Once Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

Robert C. Krieger
Wysoker, Glassner, Weingartner, Gonzalez
 & Lockspeiser
340 George Street
New Brunswick, NJ  08901

Patricia Ann Johnson
Reed Smith LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC  20005

Adam Singer, Esq.
Paul J. Dougherty, III, Esq.
Cooch & Taylor
824 Market Street Mall, 10th Floor
Wilmington, DE  19801

Isaac M. Pachulski
K. John Shaffer
Nathan A. Schultz
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Martin J. Bienenstock
John J. Rapisardi
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153