## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF OWENS CORNING, *et al.,* | ) ) ) | |
| and | ) ) | |
| CREDIT SUISSE FIRST BOSTON, as agent to the BANK GROUP, | ) ) | |
| Appellants, | ) | Case No. CA-04-906 (JPF) |
| v. | ) | Case No. CA-04-907 (JPF) |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF OWENS CORNING, *et al.,* | ) ) ) | |
| Appellee. | ) ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Elihu Inselbuch, Esquire, of Caplin & Drysdale,

Chartered, counsel for the Official Committee of Asbestos Claimants in the above-

captioned case, will have a new address effective November 28, 2005.

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be

given in these proceedings shall be served upon Elihu Inselbuch, Esquire at the following

address:

> Elihu Inselbuch, Esquire
> Rita Tobin, Esquire
> Caplin & Drysdale, Chartered
> 375 Park Avenue, 35th Floor
> New York, NY  10152-3500
> Telephone: (212) 319-7125
> Telefax: (212) 644-6755

**PLEASE TAKE FURTHER NOTICE** that the address of the Washington, D.C.

office of Caplin & Drysdale, Chartered has not changed.

{D0051550:1 }

CAMPBELL & LEVINE, LLC


/S/ Mark Hurford
Marla Rosoff Eskin (DE No. 2989)
Mark T. Hurford (DE No. 3299)
800 King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900

Dated: November 23, 2005

{D0051550:1 }