IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF OWENS CORNING, et al., and CREDIT SUISSE FIRST BOSTON, as AGENT to the BANK GROUP, | : : : : : | |
| Appellants, | : : | Case No. CA-04-906 (JPF) Case No. CA-04-907 (JPF) |
| v. | : : | |
| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF OWENS CORNING, et al., | : : : | |
| Appellee. | : | |

## CERTIFICATE OF SERVICE

I, Mark Hurford, of Campbell & Levine, LLC, hereby certify that on November 23, 2005, I caused a copy of the foregoing to be served upon the parties on the attached list by First Class United States Mail, unless otherwise indicated.

/S/ Mark Hurford
Mark Hurford (No. 3299)

Date: November 23, 2005

{D0025399:1 }