IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Owens Corning, *et al.*, | : | Civil Action No. 04-79 |
| | : | |
| Appellants, | : | |
| v. | : | |
| | : | |
| James J. McMonagle, *et al.* | : | |
| | : | |
| Appellees. | : | |
| Official Committee of Unsecured Creditors of Owens Corning, | : | Civil Action No. 04-906 |
| | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| Official Committee of Asbestos Claimants of Owens Corning, *et al.* | : | |
| | : | |
| Appellee. | : | |
| Credit Suisse First Boston, as Agent to the Bank Group, | : | Civil Action No. 04-907 |
| | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| Official Committee of Asbestos Claimants of Owens Corning, *et al.* | : | |
| | : | |
| Appellee. | : | |

O R D E R

AND NOW, this 26th day of February, 2007, IT IS ORDERED that counsel shall show cause, by written submission, on or before March 23, 2007, why the above-captioned cases should not be dismissed as moot.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,         Sr. J.