IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OWENS CORNING, *et al.*,<br>    Debtors. | Chapter 11<br>Bankr. Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| UNSECURED CREDITORS COMMITTEE,<br>    Appellants,<br><br>v.<br><br>OWENS CORNING, *et al.*,<br>    Appellees. | Civil Action No. 04-0906 |
| CREDIT SUISSE FIRST BOSTON,<br>    Appellants,<br><br>v.<br><br>OWENS CORNING, *et al.*,<br>    Appellees. | Civil Action No. 04-0907 |

**AGREEMENT OF DISMISSAL**

The parties to the above-captioned appeals, by their undersigned attorneys, agree to the dismissal of the above-captioned appeals (the "Consolidated Appeals") as follows:

1. On September 26, 2006 (the "Confirmation Date"), the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered an order (the "Confirmation Order") confirming the Sixth Amended Joint Plan of Reorganization for Owens Corning and its Affiliated Debtors and Debtors-in-Possession (as Modified), dated as of July 10, 2006 (the "Plan").

2. Certain conditions set forth in section 12.2 of the Plan were required to be satisfied or waived before the Plan could become effective, including the affirmance of the Confirmation Order by the United States District Court. These conditions have been satisfied or

waived and the Plan's Effective Date occurred on October 31, 2006.

3. The Plan has been substantially consummated.

4. The terms of the Plan having resolved the matters in the Consolidated Appeals, pursuant to Rule 8001(c) of the Fed. R. Bankr. P., the Consolidated Appeals shall be dismissed and closed, all parties to bear their own costs.

Dated: March ___, 2007

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

By: /s/ William Sudell
William Sudell (I.D. # 463),
1100 North Market Street
Suite 1200
Wilmington, DE 19801
(302) 657-4900

and

**DAVIS POLK & WARDWELL**
James I. McClammy
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

Attorneys for the Official Committee
of Unsecured Creditors

**SAUL EWING LLP**

By: _____
Norman L. Pernick (I.D. # 2290)
J. Kate Stickles (I.D. # 2917)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800

and

**SIDLEY AUSTIN LLP**
James F. Conlan
Larry J. Nyhan
Jeffrey C. Steen
Dennis M. Twomey
Andrew F. O'Neill
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Attorneys for the Debtors and
Reorganized Debtors

[SIGNATURES CONTINUED ON NEXT PAGE]]

waived and the Plan's Effective Date occurred on October 31, 2006.

3. The Plan has been substantially consummated.

4. The terms of the Plan having resolved the matters in the Consolidated Appeals, pursuant to Rule 8001(c) of the Fed. R. Bankr. P., the Consolidated Appeals shall be dismissed and closed, all parties to bear their own costs.

Dated: March 23, 2007

| MORRIS NICHOLS ARSHT & TUNNELL LLP | SAUL EWING LLP |
|---|---|
| By:_____<br>William Sudell (I.D. # 463),<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>(302) 657-4900 | By:_____<br>Norman L. Pernick (I.D. # 2290)<br>J. Kate Stickles (I.D. # 2917)<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>(302) 421-6800 |
| and | and |
| **DAVIS POLK & WARDWELL**<br>James I. McClammy<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000 | **SIDLEY AUSTIN LLP**<br>James F. Conlan<br>Larry J. Nyhan<br>Jeffrey C. Steen<br>Dennis M. Twomey<br>Andrew F. O'Neill<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000 |
| Attorneys for the Official Committee of Unsecured Creditors | Attorneys for the Debtors and Reorganized Debtors |

[SIGNATURES CONTINUED ON NEXT PAGE]]

| | |
|---|---|
| **KAYE SCHOLER LLP**<br>Andrew A. Kress<br>Jane W. Parver<br>Edmund M. Emrich<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000<br><br>and<br><br>**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**<br><br>By: *Sharon M. Zieg* (signature)<br>James L. Patton, Jr. (I.D. # 2202)<br>Sharon M. Zieg (I.D. # 4196)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br><br>Attorneys for James J. McMonagle, Legal Representative for Future Claimants | **CAPLIN & DRYSDALE, CHARTERED**<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>(212) 319-7125<br><br>Peter Van N. Lockwood<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>(202) 862-5000<br><br>and<br><br>**CAMPBELL & LEVINE, LLC**<br><br>By:_____<br>Marla Eskin (I.D. # 2989)<br>Mark T. Hurford (I.D. # 3299)<br>Kathleen Campbell Davis (I.D. # 4229)<br>800 King Street<br>Wilmington, DE 19801<br>(302) 426-1900<br><br>Attorneys for the Official Committee of Asbestos Claimants |

**WEIL, GOTSHAL & MANGES LLP**
Martin J. Bienenstock
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000

**LANDIS RATH & COBB LLP**

By:_____
Rebecca Lyn Butcher (I.D. # 3816)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400

Attorneys for Credit Suisse First Boston

| | |
|---|---|
| **KAYE SCHOLER LLP**<br>Andrew A. Kress<br>Jane W. Parver<br>Edmund M. Emrich<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000<br><br>and<br><br>**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**<br><br>By:_____<br>   James L. Patton, Jr. (I.D. # 2202)<br>   Sharon M. Zieg (I.D. # 4196)<br>   The Brandywine Building<br>   1000 West Street, 17th Floor<br>   P.O. Box 391<br>   Wilmington, DE 19899-0391<br>   (302) 571-6600<br><br>Attorneys for James J. McMonagle, Legal Representative for Future Claimants | **CAPLIN & DRYSDALE, CHARTERED**<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>(212) 319-7125<br><br>Peter Van N. Lockwood<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>(202) 862-5000<br><br>and<br><br>**CAMPBELL & LEVINE, LLC**<br><br>By:_____<br>   Marla Eskin (I.D. # 2989)<br>   Mark T. Hurford (I.D. # 3299)<br>   Kathleen Campbell Davis (I.D. # 4229)<br>   800 King Street<br>   Wilmington, DE 19801<br>   (302) 426-1900<br><br>Attorneys for the Official Committee of Asbestos Claimants |

**WEIL, GOTSHAL & MANGES LLP**
Martin J. Bienenstock
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000

**LANDIS RATH & COBB LLP**

By: */s/ signature*
Rebecca Lyn Butcher (I.D. # 3816)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400

Attorneys for Credit Suisse First Boston

-3-

| | |
|---|---|
| **KAYE SCHOLER LLP**<br>Andrew A. Kress<br>Jane W. Parver<br>Edmund M. Emrich<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000<br><br>and<br><br>**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**<br><br>By:_____<br>James L. Patton, Jr. (I.D. # 2202)<br>Sharon M. Zieg (I.D. # 4196)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br><br><br>Attorneys for James J. McMonagle,<br>Legal Representative for Future<br>Claimants | **CAPLIN & DRYSDALE, CHARTERED**<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>(212) 319-7125<br><br>Peter Van N. Lockwood<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>(202) 862-5000<br><br>and<br><br>**CAMPBELL & LEVINE, LLC**<br><br>By: /s/ Marla Eskin<br>Marla Eskin (I.D. # 2989)<br>Mark T. Hurford (I.D. # 3299)<br>Kathleen Campbell Davis (I.D. # 4229)<br>800 King Street<br>Wilmington, DE 19801<br>(302) 426-1900<br><br>Attorneys for the Official<br>Committee of Asbestos Claimants |

**WEIL, GOTSHAL & MANGES LLP**
Martin J. Bienenstock
John J. Rapisardi
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000

**LANDIS RATH & COBB LLP**

By:_____
Rebecca Lyn Butcher (I.D. # 3816)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400

Attorneys for Credit Suisse First Boston