## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OWENS CORNING, *et al.,*<br>          Debtors. | Chapter 11<br>Bankr. Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| UNSECURED CREDITORS COMMITTEE,<br>          Appellants,<br><br>v.<br><br>OWENS CORNING, *et al.,*<br>          Appellees. | Civil Action No. 04-0906 |
| CREDIT SUISSE FIRST BOSTON,<br>          Appellants,<br><br>v.<br><br>OWENS CORNING, *et al.,*<br>          Appellees. | Civil Action No. 04-0907 |

## ORDER OF DISMISSAL

Upon the Agreement of Dismissal of all parties to the above-captioned bankruptcy appeals, pursuant to pursuant to Rule 8001(c) of the Fed. R. Bankr. P., it is this ___ day of _____, 2007, hereby:

ORDERED, that Civil Action Nos. 04-0906 and 04-0907 are DISMISSED; and it is further

ORDERED, that Civil Action Nos. 04-0906 and 04-0907 are CLOSED.

_____
Honorable John P. Fullam
Senior Judge, United States District Court