## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OWENS CORNING, *et al.*,<br>Debtors. | Chapter 11<br>Bankr. Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| UNSECURED CREDITORS COMMITTEE,<br>Appellants,<br><br>v.<br><br>OWENS CORNING, *et al.*,<br>Appellees. | Civil Action No. 04-0906 |
| CREDIT SUISSE FIRST BOSTON,<br>Appellants,<br><br>v.<br><br>OWENS CORNING, *et al.*,<br>Appellees. | Civil Action No. 04-0907 |

### ORDER OF DISMISSAL

Upon the Agreement of Dismissal of all parties to the above-captioned bankruptcy appeals, pursuant to pursuant to Rule 8001(c) of the Fed. R. Bankr. P., it is this 27ᵗʰ day of ___March___, 2007, hereby:

ORDERED, that Civil Action Nos. 04-0906 and 04-0907 are DISMISSED; and it is further

ORDERED, that Civil Action Nos. 04-0906 and 04-0907 are CLOSED.

_____
Honorable John P. Fullam
Senior Judge, United States District Court